IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                    **Plaintiff,**

     v.                                        Civil No. 5:15-cv-00279-FJS-TWD

$6,447.00 in U.S. Currency,

                    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF FORFEITURE

**THIS COURT** having before it the Stipulated Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures, it is hereby:

**ORDERED**, that the sum of $4,447.00 in U.S. Currency is forfeited to the United States of America, and shall be disposed of in accordance with the law by the United States Marshals Service for the Northern District of New York; and it is further

**ORDERED**, that the United States Marshals Service for the Northern District of New York, pursuant to the terms set forth above, shall return $2,000.00 in U.S. Currency to Claimant; and it is further

**ORDERED**, that each side shall bear its own costs; and it is further

**ORDERED**, that the Clerk of the Court shall enter a judgment of forfeiture to the United States of America in accordance with the terms of the Stipulated Settlement Agreement and this Order.

Dated:_____July 1, 2015_____

                                                      HON. FREDERICK J. SCULLIN, JR.
                                                      SENIOR U.S. DISTRICT JUDGE